# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In the Matter of: : Case No. 21-53569
:
DELANO A. ELLIOTT : Chapter 7
MICHELLE A. ELLIOTT :
:
Debtor(s). : Judge C. Kathryn Preston

## TRUSTEE'S ABANDONMENT OF REAL PROPERTY KNOWN AS
## 127 MECHANIC ST., LOCKBOURNE, OHIO

William B. Logan, Jr., Trustee in the above-captioned case, hereby abandons the following asset(s) pursuant to 11 U.S.C. Section 554, Federal Rule of Bankruptcy Procedure 6007 and Local Bankruptcy Rule 6007-1: 127 Mechanic St., Lockbourne, Ohio 43137

The Trustee states that there is no equity in the asset(s) being abandoned and, after consideration of liens, exemptions, and costs of sale and/or the asset(s) are of inconsequential value or are burdensome to the bankruptcy estate.

Respectfully submitted,

/s/ William B. Logan, Jr.
William B. Logan, Jr., Trustee   0019290
1160 Dublin Road, Suite 400
Columbus, OH 43215
(614) 221-7663   Fax: (866) 345-4948
wlogan@LNLattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Abandonment of Real Property was served **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court.

And by **first class mail**, on December 22, 2021 addressed to all parties shown below:

Delano A. Elliott
Michelle A. Elliott
127 Mechanic St.
Lockbourne, OH 43137

Household Realty Corp.
961 Weogel Dr.
Elmhurst, IL  60126

Carrie Davis  
3962 Red Bank Rd.  
Cincinnati, OH  45227

SPS  
10401 Deerwood Park Blvd.  
Jacksonville, FL  32256

USA Bank NA  
3217 S. Decker Lake Drive  
Salt Lake City, UT 84119

/s/ William B. Logan, Jr.  
William B. Logan, Jr., Trustee
